11555031

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2023 JUN -5 A 11: 52

United States of America )
v. )
) Case No. 1:23-po-491
)
Samantha J. Pagano )
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Samantha J. Pagano,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Defendant did not appear on 5/18/2023 at 9:00 A.M. See attached.

Date: 5/18/2023

*Issuing officer's signature*

City and state: Alexandria, VA

Laura Guerra, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/18/23, and the person was arrested on *(date)* 6/5/2023
at *(city and state)* Alexandria, VA.

Date: 6/5/23

*Arresting officer's signature*

Y. Lopez, DUSM
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)