| | |
|---|---|
| **Date/Time:** 1/23/2024 / 10:00am | **Tape:** FTR/401 |
| **Case No.** 1:23-po-00491 | **Hearing:** Initial App/Revocation    **Magistrate Judge:** John F. Anderson |

# Easter District of Virginia
# United States of America
### v.
Samantha J. Pagano

## Participants
USA: Elizabeth Schiciano
Def. Counsel: Yancey Ellis
☐ Court to appoint counsel:
  ☐ FPD ☐ CJA ☐ Conflict List
☐ Deft to retain counsel
☐ Counsel to be reappointed
☐ Deft did not appear / ☐ Warrant to be issued upon PC statement
☐ Interpreter:

## Advisement
☐ Defendant informed of rights, charges, and penalties
☐ Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.

## Detention Hearing/Preliminary Hearing
☐ Matter continued for DH /
  ☐ DH waived / ☐ DH held
☐ Matter continued for PH /
  ☐ PH waived / ☐ PH held
☐ Govt adduced evidence and rests
☐ Court finds PC

## Plea
☐ Plea entered / Court accepts the plea
☐ Oral consent to trial before U.S. Magistrate Judge

## Dismissal
☐ Case dismissed without prejudice
☐ Case dismissed with prejudice

## Probation/Sup. Release violation(s)
☐ Deft informed of violation(s)
☐ Deft denies PC as to the violation(s)
☑ Deft does not contest PC as to the violation(s)
☐ Court finds PC as to the violation(s)

## Detention
☑ Govt seeking detention:
  ☐ Granted / ☐ Denied / ☐ Govt is not seeking detention
☐ Counsel for Deft seeking release
☐ Counsel for Deft not seeking release at this time
☑ Deft remanded
    and to be released at 5pm today 1/23/24

## Bond status
☐ Deft rel on PR bond ☐ w/conditions
☐ Deft continued on PR bond

## Trial
☐ Matter set for bench trial
☐ Motions due 2 weeks before trial/Oppositions due 1 week before trial
☐ Govt adduced evidence and rests
☐ Bench trial held and completed

## Future proceedings
☐ Deft recognized to appear at further proceedings
☐ Matter set to be heard before the District / Sentencing Judge
☐ Matter continued for further proceedings before the Grand Jury

The parties discussed violations
Order to follow