# UNITED STATES DISTRICT COURT

## FOR

## THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Samantha J. Pagano         Docket No. 1:23-po-00491-JFA-1

**Addendum to
Petition on Probation**

**MANDATORY CONDITION:** NEW LAW VIOLATIONS – DRIVE UNDER SUSPENSION / ACCIDENT, EXPIRED INSPECTION / ACCIDENT, RECKLESS DRIVING - OPERATE WITH IMPROPER BRAKES / ACCIDENT, AND FAIL TO SHOW PROOF OF INSURANCE/ACCIDENT.

At the time the original petition was filed, this officer reported the charges that had been verbally reported by the Virginia State Trooper. Since that time, the charges have been officially filed with Spotsylvania County General District Court. The current pending charges are noted above, and the hearing date for all of the charges is currently set for May 22, 2024.

(CONTINUED ON PAGE 2)

**PRAYING THAT THE COURT WILL ORDER** that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

**It is hereby ORDERED** that this Addendum be sealed. **It is further ORDERED** the original petition, its attachment, this addendum, and the arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment, this addendum, and warrant, should be unsealed and made part of the public record.

### ORDER OF COURT

Considered and ordered this 11th day of April, 2024, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

/s/ JFA
_____
John F. Anderson
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 11, 2024

**Brent Keith**  2024.04.11 11:45:22 -04'00'
_____
Brent D. Keith
Supervising U.S. Probation Officer
(703) 366-2102

Place  Manassas, Virginia

**TO CLERK'S OFFICE**                                     DF-69 (Rev. 02/20)

USA vs. PAGANO, Samantha J.
Docket No.: 1:23-po-00491-JFA-1

Page 2

| | |
|---|---|
| **SPECIAL CONDITION:** | FAILURE TO SUCCESSFULLY PARTICIPATE IN AND SUCCESSFULLY COMPLETE AN ALCOHOL TREATMENT PROGRAM AS DEEMED APPROPRIATE BY THE PROBATION OFFICER. |
| **SPECIAL CONDITION:** | FAILURE TO COMPLY WITH MENTAL HEALTH TREATMENT AS DIRECTED BY THE PROBATION OFFICER. |

On April 11, 2024, the defendant was unsuccessfully discharged from dual diagnosis mental health and substance abuse treatment by the Center for Clinical and Forensic Services, Inc., due to lack of attendance and an overall lack of investment in the process. A discharge report was provided by the treatment provider and will be provided to the Court upon request.