IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | CASE NO. 1:23-PO-491 |
| | ) | |
| SAMANTHA PAGANO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 23, 2024, this cause came before the court on a probation violation hearing. An order (Docket no. 57) was entered allowing the defendant, Samantha Pagano, to be evaluated and considered for the Alexandria Reentry and Recovery Court ("ARRC") program. The matter was continued for sentencing.

As this court has been informed that the defendant has been found to be eligible, it is

ORDERED that as a special condition of probation, Samantha Pagano is to enter into and successfully complete the ARRC program. It is further

ORDERED that the term of probation in this case be extended by one (1) year and that home confinement be removed as a condition of her supervision.

The sentencing hearing currently set on May 13, 2024, is cancelled.

Entered this 3rd day of May, 2024.

/s/ JFA
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia